1  CATHERINE M. CORFEE SBN 155064
   CORFEE STONE & ASSOCIATES
2  P.O. Box 1098
   Carmichael, CA 95609
3  Telephone:  (916) 487-5441
   Facsimile:  (916) 487-5440
4

5  Attorneys For Defendants,
   Clutch & Brake Xchange, Inc., Individually
6  and dba Pint Auto Supply; Masato Yamashita,
   Individually and as Trustee of The Masato
7  Yamashita Revocable Trust dated October 10, 1996

8                    UNITED STATED DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 Scott N. Johnson,                  )  Case No.: 2:11-cv-01611-MCE-DAD
                                      )
12         Plaintiff,                 )  **STIPULATED DISMISSAL AS TO ALL**
                                      )  **DEFENDANTS [FRCP 41(a)(1)(A)(ii)] AND**
13    vs.                             )  **ORDER**
                                      )
14 Clutch & Brake Xchange, Inc., Individually )
    and dba Pint Auto Supply; Masato  )
15 Yamashita, Individually and as Trustee of )
   The Masato Yamashita Revocable Trust )
16 dated October 10, 1996,            )
                                      )
17         Defendants.                )
                                      )
18 _____

19

20
           **IT IS HEREBY STIPULATED** by and between the parties to this action through their
21
   designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP
22
   41(a)(1) as to all Defendants. The Parties shall bear their own costs and attorneys' fees in
23
   connection with the lawsuit and the negotiation and preparation of this Agreement.
24
   //
25 //
   //

**Stipulated Dismissal**

Dated: August 10, 2012                      CORFEE STONE & ASSOCIATES


                                            By:    /s/ Catherine M. Corfee
                                                   CATHERINE M. CORFEE
                                                   Attorney for Defendants


Dated: August 10, 2012                      By:    /s/ Scott Johnson
                                                   SCOTT JOHNSON
                                                   Attorney for Plaintiff


### ORDER

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.  The Clerk of the Court is directed to close this case.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE